JOHN T. KEATING
Nevada Bar No.: 6373
K E A T I N G LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
 (702) 228-6800 phone
(702) 228-0443 facsimile
Attorneys for Defendant
*Allstate Fire and Casualty Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CLIFFORD ZAGALA, an individual, | CASE NO.:    2:16-cv-02035 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive jointly and severally, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff CIFFORD ZAGALA and Defendant

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, by and through their respective counsel,

that Plaintiff CLIFFORD ZAGALA's action against Defendant ALLSTATE FIRE AND CASUALTY

INSURANCE COMPANY and all claims shall be, and are hereby, dismissed with prejudice, each

party to bear their own costs and attorney's fees.

There has been no trial date set in this case.

DATED this 29 day of July, 2017.          DATED this 18th day of July, 2017.

**K E A T I N G** LAW GROUP          **DAVID BOEHRER LAW FIRM**

_____          _____
JOHN T. KEATING          TRAVIS J. RICH, ESQ.
Nevada Bar No.: 6373          Nevada Bar No.: 12854
9130 W. Russell Road, Ste. 200          375 North Stephanie Street, Ste. 2213
Las Vegas NV 89148          Henderson NV 89014
Attorney for Defendant          Attorney for Plaintiff
_Allstate Fire and Casualty Insurance_          _Clifford Zagala_
_Company_

## ORDER

IT IS SO ORDERED that Plaintiff CLIFFORD ZAGALA's action against Defendant ALLSTATE

FIRE AND CASUALTY INSURANCE COMPANY and all claims shall be, and are hereby, dismissed

with prejudice, each party to bear their own costs and attorney's fees.

DATED this 31st day of August_____, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge

Respectfully Submitted by:

**K E A T I N G** LAW GROUP

_____
JOHN T. KEATING
Nevada Bar No.: 6373
9130 W. Russell Road, Ste. 200
Las Vegas NV 89148
Attorney for Defendant
_Allstate Fire and Casualty Insurance Company_